1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  KRISTIN ELLIOTT-LOYA

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          )   NO. 1:08-cr-00429 OWW
                                      )
12          Plaintiff,                )   STIPULATION TO CONTINUE SENTENCING
                                      )   HEARING; ORDER
13     v.                             )
                                      )
14 KRISTIN ELLIOTT-LOYA,              )   Date: July 27, 2009
                                      )   Time: 9:00 A.M.
15          Defendant.                )   Judge: Hon. Oliver W. Wanger
                                      )
16 _____    )

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the sentencing hearing in the above captioned matter now

20 scheduled for July 13, 2009, **may be continued to July 27, 2009, at 9:00 a.m.**

21     This continuance is requested by counsel for defendant to allow additional time for defense

22 preparation prior to the hearing.  Counsel will be in trial in the matter of *U.S. v. Juwan Ferguson*, 1:08-cr-

23 00116 LJO, scheduled to commence July 6, 2009, and believes that the trial may continue into the

24 following week, July 13 - 17, 2009.  The requested continuance will conserve time and resources for both

25 counsel, the defendant, and the court.

26 ///

27 ///

28 ///

1 | Exclusion of time to complete sentencing is not required.

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: June 29, 2009                      By  /s/ Dawrence W. Rice, Jr.
                                                DAWRENCE W. RICE, JR.
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: June 29, 2009                      By  /s/ Marc Days
                                                MARC DAYS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                KRISTIN ELLIOTT-LOYA

**ORDER**

IT IS SO ORDERED.

**Dated:   June 29, 2009**                      /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE