```
 1 │ DANIEL J. BRODERICK, #89424
   │ Federal Defender
 2 │ MARC DAYS, CA Bar #184098
   │ Assistant Federal Defender
 3 │ Designated Counsel for Service
   │ 2300 Tulare Street, Suite 330
 4 │ Fresno, California 93721-2226
   │ Telephone: (559) 487-5561
 5 │
   │ Attorney for Defendant
 6 │ KRISTIN ELLIOTT-LOYA
```

FILED
OCT 0 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00429 OWW |
| Plaintiff, | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RETURN OF CASH BOND; ORDER** |
| v. | |
| KRISTIN ELLIOTT-LOYA, | |
| Defendant. | Judge: Hon. Oliver W. Wanger |

Defendant Kristin Elliott-Loya hereby moves this court for an order to exonerate the bond and return the cash bond posted in the above-captioned case.

On November 24, 2008, Ms. Elliott-Loya made an initial appearance before this court in the above-referenced matter. A detention hearing was held on that date and defendant was ordered released to third party custody of WestCare on December 1, 2008, under the supervision of Pretrial Services and posting of a $5,000.00 cash bond. (Dkt. #5) The $5,000 cash bond was posted on December 1, 2008, Receipt #CAE100005197 by Abraham Loya. (Unnumbered Dkt. Entry 12/01/08, and Order Setting Conditions of Release, Dkt. Entry 7)

On February 27, 2009, a bail review hearing was held, at which time the conditions of release relating to Ms. Elliott-Loya were modified, vacating the WestCare custodial requirement, and the cash bond previously posted remaining in effect. (Dkt. entries 23 and 24.) At hearing on July 27, 2009, Ms. Elliott-Loya was sentenced to a term of 18 months in custody of the Bureau of Prisons, and ordered to

self-surrender by September 11, 2009 (Dkt. entry 35); Judgment and Commitment issued August 5, 2009. (Dkt. entry 36) Ms. Elliott-Loya is now in custody at the Bureau of Prisons' facility at Victorville Med. II FCI per the BOP Inmate Locator website.

As all conditions required by this court in this matter have been met and Ms. Elliott-Loya is in custody as required by order made July 27, 2009 (Dkt. #35) and Judgment and Commitment entered August 5, 2009 (Dkt. #36), she requests that the court exonerate the bond in this matter and that the cash bond of $5,000 posted December 1, 2008, be returned to Abraham Loya.

DATED: October 5, 2009

DANIEL J. BRODERICK
Federal Public Defender

/s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
KRISTIN ELLIOTT-LOYA

## ORDER

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and cash bond be reconveyed to Abraham Loya.

DATED: October **6**, 2009

OLIVER W. WANGER, Senior Judge
United States District Court

Application for Order Exonerating Bond and
for Return of Cash Bond, Order                    -2-